

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-15-00262-CR

MARCUS LEE BENITEZ, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 262nd District Court of Harris County. (Tr. Ct. No. 1413994).

The cause heard today by the Court is an appeal from the judgment signed by the court below on March 2, 2015. After due consideration, the Court **grants** the appellee's motion to dismiss the appeal. Accordingly, the Court **dismisses** the appeal.

The Court **orders** that this decision be certified below for observance.

Judgment rendered September 29, 2015.

Per curiam opinion delivered by panel consisting of Justices Keyes, Massengale, and Lloyd.